**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOAQUIN MARIO VALENCIA TRUJILLO,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF TREASURY, et al.,<br>*Defendant*. | Civil Action No. 25-2643 (CJN) |

**STATUS REPORT**[1]

Pursuant to the Court's June 29, 2026, Minute Order, Defendants, the United States Department of Treasury ("Treasury") and United States Customs and Border Protection ("CBP"), by and through the undersigned counsel, respectfully submit this status report.

Undersigned counsel apologies for the failure to comply with this Court's Minute Order entered May 11, 2026, directing the Defendants to file a Status Report by May 21, 2026. Given the somewhat complex procedural nature of this case, undersigned counsel inadvertently annotated this matter as stayed. Undersigned counsel will ensure compliance with all rules and orders issued by this Court in the future.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking responses to his March 14, 2025 requests, which sought records related to Plaintiff's "involvement in a May 1, 2000 drug delivery." *See* Compl. (ECF No. 1) ¶¶ 8; 9. Plaintiff filed the complaint

[1] The parties were unable to confer regarding this Status Report due to Plaintiff's custodial status at the Federal Correctional Institute in Oakdale, Louisiana. *See* Compl. (ECF No. 1) at ¶ 5.

on August 11, 2025 (ECF No. 1), and Defendant timely answered on February 13, 2026 (ECF No. 14).

Defendant CBP reports that, after reviewing the request, it has determined that the United States Immigrations and Customs Enforcement ("ICE") may have records responsive to Plaintiff's request. After this determination, Defendant CBP submitted Plaintiff's request to ICE for further processing. ICE reports that they located four (4) pages of records responsive to Plaintiff's request. Those materials were sent to Plaintiff, at the return addressed provided on his request and during this litigation, via the United States Postal Service on June 23, 2026.

On July 4, 2026, Plaintiff filed Status Report with Court (ECF No. 25) confirming receipt of the records and seeking a response to ten questions. Because the questions posed by Plaintiff concern the method and scope of CBP and ICE' search efforts, Defendants propose providing Plaintiff with draft search declarations on or before September 10, 2026. Defendants further propose that after reviewing the draft search declarations, Plaintiff provide a status report identifying any issues that remain outstanding, whether a briefing schedule is required, or whether this matter can be resolved without briefing.

To that end, the Defendants propose that they file a subsequent status report on or before September 25, 2026, updating the Court on the of the draft search declarations and addressing any issues raised in Plaintiff's forthcoming status report.

* * *

Dated: July 27, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*