14532400 1.2-7

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

---

JOAQUIN MARIO VALENCIA TRUJILLO,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF TREASURY,

et al.,

Defendants.

Case No. 1:25-cv-02643-CJN

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS' JULY 27, 2026 STATUS REPORT AND REQUEST FOR ENTRY OF A SCHEDULING ORDER**

---

## INTRODUCTION

Plaintiff Joaquin Mario Valencia Trujillo respectfully responds to Defendants' Status Report filed July 27, 2026 (ECF No. 26). Plaintiff does not oppose the framework Defendants propose. The provision of search declarations addressing the matters identified in Plaintiff's response to the prior status report (ECF No. 25) is a constructive step toward resolving the search-adequacy questions in this case. Plaintiff respectfully asks the Court to enter that

RECEIVED
Mailroom
JUL 31 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

14532430 1 3-7

framework as an order of the Court, with the specific terms set out below, so that the schedule and the content of the declarations are defined and enforceable.

## BACKGROUND

On June 29, 2026, the Court ordered Defendants to file a status report on or before July 25, 2026. Defendants filed their report on July 27, 2026. Plaintiff notes the date for completeness of the record. In light of counsel's representations in the report concerning the earlier missed deadline, Plaintiff does not seek any relief concerning the delay at this time.

In their report, Defendants acknowledge Plaintiff's response to the June 25, 2026 status report (ECF No. 25), which identified ten specific matters concerning the method and scope of the CBP and ICE searches. Defendants state that, because Plaintiff's questions concern the method and scope of the search efforts, they propose to provide Plaintiff with draft search declarations on or before September 10, 2026, followed by a status report from Plaintiff identifying any remaining issues, and a further status report from Defendants on or before September 25, 2026.

## PLAINTIFF'S POSITION

Plaintiff welcomes the proposal to provide search declarations. Detailed search declarations describing the searches conducted are precisely the information Plaintiff has sought since his response to the four-page production. Plaintiff respectfully submits, however, that three refinements are needed for the proposal to accomplish its purpose.

14532400 1 4-7

First, the draft declarations should be substantively complete and sufficiently detailed to permit meaningful evaluation. They should identify each declarant's position, responsibilities, and basis of knowledge and should describe the searches conducted by ICE and CBP. If Defendants later rely on declarations in briefing before the Court, those final declarations should be signed, dated, and executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

Second, the declarations should address the specific matters already identified. Plaintiff's response (ECF No. 25) set out ten specific matters concerning the systems, terms, custodians, case numbers, and record categories searched, the disposition of any additional records located, and the respective search responsibilities of CBP and ICE. Declarations that address those ten matters will allow the parties to determine efficiently whether any dispute remains. Declarations that do not address them will require further rounds of reports and further delay.

Third, the schedule should account for institutional mail. Plaintiff is incarcerated and receives service by mail. A deadline for Plaintiff's responsive status report should run from Plaintiff's receipt of the declarations rather than from the date of service, and Defendants' further report should follow Plaintiff's response rather than precede it. Under Defendants' proposal, their September 25, 2026 report would likely be due before Plaintiff's response to the declarations could reach the Court.

Plaintiff's agreement to this framework is without prejudice to his pending Motion for Summary Judgment (ECF No. 17) and does not concede the adequacy of the search or of the production made to date.

## REQUEST

14532400 1 5-7

Plaintiff respectfully requests that the Court enter an order providing as follows:

1. On or before September 10, 2026, Defendants shall serve on Plaintiff substantively complete draft search declarations from agency personnel competent to explain the searches conducted by ICE and CBP, based on personal knowledge and information obtained in the course of their official duties, identifying each declarant's position, responsibilities, and basis of knowledge, and addressing each of the ten matters identified in Plaintiff's response (ECF No. 25), including an explanation of any matter Defendants contend is inapplicable;

2. Within thirty days of his receipt of the declarations, Plaintiff shall file a status report identifying any issues that remain outstanding, whether a briefing schedule is required, or whether this matter can be resolved without briefing;

3. Within fourteen days of Plaintiff's status report, Defendants shall file a further status report responding to the issues Plaintiff identifies; and

4. If briefing is required, any final declaration filed with and relied upon before the Court shall be signed, dated, and executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

## CONCLUSION

Plaintiff respectfully requests that the Court enter the proposed order so that the declaration process proceeds on a defined and enforceable schedule.

14532400 1 6-7

Respectfully submitted,

Joaquin Mario Valencia Trujillo
Reg. No. 02440-748
Federal Correctional Institution Oakdale II
Inmate Mail/Parcels
P.O. Box 5010
Oakdale, LA 71463

*Pro Se*

Dated: July 29, 2026

**CERTIFICATE OF SERVICE**

I certify that on this 29 day of July, 2026, I caused a true and correct copy of the foregoing Plaintiff's Response to Defendants' July 27, 2026 Status Report and Request for Entry of a Scheduling Order, together with the attached proposed order, to be placed in the institution's legal mail system, postage prepaid, addressed to:

Zachary J. Krizel
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Counsel for Defendants

Respectfully submitted,

Joaquin Mario Valencia Trujillo

Reg. No. 02440-748

*Pro Se*

14532400 1 7-7

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

---

JOAQUIN MARIO VALENCIA TRUJILLO,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF TREASURY,

et al.,

Defendants.

Case No. 1:25-cv-02643-CJN

---

**[PROPOSED] ORDER**

Upon consideration of Defendants' July 27, 2026 Status Report (ECF No. 26), Plaintiff's Response to Defendants' July 27, 2026 Status Report and Request for Entry of a Scheduling Order, and the entire record herein, it is hereby:

**ORDERED** that:

1. On or before September 10, 2026, Defendants shall serve on Plaintiff substantively complete draft search declarations from agency personnel competent to explain the searches conducted by ICE and CBP, based on personal knowledge and information obtained in the course of their official duties, identifying each declarant's position,



RECEIVED
Mailroom
JUL 31 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

14532400.1.6-7

responsibilities, and basis of knowledge, and addressing each of the ten matters identified in Plaintiff's response (ECF No. 25), including an explanation of any matter Defendants contend is inapplicable;

2. Within thirty days of his receipt of the declarations, Plaintiff shall file a status report identifying any issues that remain outstanding, whether a briefing schedule is required, or whether this matter can be resolved without briefing;

3. Within fourteen days of Plaintiff's status report, Defendants shall file a further status report responding to the issues Plaintiff identifies; and

4. If briefing is required, any final declaration filed with and relied upon before the Court shall be signed, dated, and executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

**SO ORDERED.**

Date: __________, 2026

______________________________
**CARL J. NICHOLS**
United States District Judge